```
┌─────────────────────────────┐  ┌──────────────────┐
│ ____ FILED ____ LODGED      │  │ BENCH COPY       │
│         _____ RECEIVED    │  │      RECEIVED    │
│        MAR 21 2012           │  │   MAR 21 2012    │
│      CLERK U.S. DISTRICT COURT│  │ CLERK U.S. DISTRICT COURT │
│ WESTERN DISTRICT OF WASHINGTON│  │ WESTERN DISTRICT OF       │
│ AT TACOMA                    │  │ WASHINGTON AT TACOMA      │
│ BY _____ DEPUTY     │  │                  │
└─────────────────────────────┘  └──────────────────┘
```

*district court of the United States*
*western district Washington*
*Article III Circuit rider judges (3)*

~~UNITED STATES DISTRICT COURT FOR THE~~
~~WESTERN DISTRICT OF WASHINGTON~~   *Trial by Jury*

*ingerid—bareth—elise*

    Plaintiff(s),

v.

*Nancy Bradburn-Johnson*
*— Jennings, et al*
    Defendant(s).

Case No. *MC12-0039*

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

*Please file this case into the*
*district court of the United States*
*Article III circuit rider judge (3)*
*trial by Jury*

Dated *3-21-2012*

*Marie—janet*
Signature

*Congressional*
*Private*
*Attorney General*
For: _____

**PRAECIPE**






FILED ———— LODGED
———— RECEIVED
MAR 21 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

district court of the United States
of the western district of Washington

MC12-0039

:ingerid-bereth-elise: [norland]
[33249] south east 52nd street
fall city near [98024]

Civil Action No: _____

All others similarly situated as
Plaintiff/Defendant or
Petitioner/Respondent
will be further identified as the
information becomes available
                    Petitioners

Judge: John T. Noonan
J. Clifford Wallace
Barry G. Silverman
or 9th District Circuit
Rider Judge [Only]

Date: March 19, 2012

Related case 12-2-06856-9 SEA

VS

VERIFIED COMPLAINT

Nancy Bradburn-Johnson aka dba
NANCY BRADBURN-JOHNSON/assigns
516 Third Avenue, Room 203
Seattle, WA. 98104
                    Defendant,
                    And

FOR MONEY DAMAGES,
RETURN OWNERSHIP
CIVIL RIGHTS
VIOLATIONS,.
U.S.C. TITLE 42, §
1983, 1985, 1986, 1988, FRAUD,
but not limited to:

Barbara Minor/assigns aka dba
BARBARA MINOR/ASSIGNS
516 Third Avenue,, room E609
Seattle, WA. 98104
                    Defendant,
                    and

COUNTY OF KING aka dba
King County Corporation/assigns
516 Third Avenue
Seattle, WA. 98104
                    Defendant
                    And

TRIAL BY JURY
DEMAND HEREIN






UNITED STATES OF AMERICA dba
UNITED STATES DISTRICT COURT WESTERN WASHINGTON. dba
IN THE SUPERIOR COURT OF THE STATE OF
WASHINGTON FOR THE COUNTY OF KING
516 Third Avenue
Seattle, WA. 98104
                          Defendant,
                          And


Elizabeth F. Jenningss aka dba
ELIZABETH F. JENNINGSS/assigns
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
                          Defendant
                          And


Kelley D. Sutherland aka dba
KELLY D. SUTHERLAND/assign
1499 S. E. Tech Center Place, #255
Vancouver, WA 98683
                          Defendant
                          And


Charles T. Meyer aka dba
CHARLES T. MEYER/assigns
9970 Research Drive
Irvine, CA 92618
                          Defendant
                          And


Johnna Miller aka dba
JOHNNA MILLER/assigns
1661 Worthington Road, Suite 100
East Palm Beach, Florida 33409
                          Defendant
                          And


HSBC BANK USA N.A., AS TRUSTEE ON
BEHALF OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST AND FOR
THE REGISTERED HOLDERS OF ACE
SECURITIES CORP. HOME EQUITY
LOAN TRUST, SERIES 2007-HE5, ASSET
BACKED PASS-THROUGH CERTIFICATES,
                          Defendant,
                          And
DEUTSCHE BANK AG and it's
Subsidiary DB HOME LENDING, LLC
                          Defendant,
                          and


William C. Erbey/assigns aka dba
WILLIAM C. ERBEY/ASSIGNS
PO BOX 24737
East Palm Beach, Florida 33415
                          Defendant
                          And


Ronald M. Farris/assigns aka dba
RONALD M. FARRIS/assigns
PO BOX 24737
East Palm Beach, Florida 33415





                    **Defendant**
                    **And**

**Rhonda Wright aka dba**
**RHONDA WRIGHT/assigns**
**5501 NE 109th Court #N**
**VANCOUVER, WASHINGTON 98662**
                    **Defendant**
                    **And**

**Stuart T. Gulliver aka dba**
**STUART T. GULLIVER/assigns**
**One HSBC Center**
**Buffalo, NY 14203**
                    **Defendant**
                    **and**

**Irene M. Dorner  aka dba**
**IRENE M. DORNER/assigns**
**One HSBC Center**
**Buffalo, NY 14203**
                    **Defendant**
                    **And**

**Josef Ackermann aka dba**
**JOSEF ACKERMANN/assigns**
**60 Wall Street**
**New York, NY 10005**
                    **Defendant**
                    **And**

**R. K. Arnold aka dba**
**R. K. ARNOLD/assigns**
**1818 Liberty Street, Suite 300**
**Reston, Virginia 20190**
                    **Defendant**
                    **And**

**Hazel Garcia aka dba**
**HAZEL GARCIA/assigns**
**600 Winslow Way East, Suite 234**
**Bainbridge Island, WA 98110**
                    **Defendant**
                    **And**

**Ed Halderman aka dba**
**ED HALDERMAN/assigns**
**8200 Jones Branch Drive**
**McLean, VA 22102-3110**
                    **Defendant**
                    **And**

**John Doe Process Server 1 aka dba**
**JOHN DOE PROCESS SERVER  1**
**c/o 145 THIRD AVENUE SOUTH, SUITE 200**
**EDMONDS, WASHINGTON 98020**
will be further identified as the information
becomes available
                    **Defendants**
                    **And**






**Jane Doe(s) Wive(s) 2-10 aka dba**
**JANE DOE(S) WIVE(S) 2-10**
**Comprising the marital community(s) of**
**Defendant(s)**
will be identified as the information
becomes available

**Defendants**
**And**

**John Doe(s) Husband(s) 11-17 aka dba**
**JOHN DOE(S) HUSBAND(S) 11-17**
**Comprising the marital community(s) of**
**Defendant(s)**
will be identified as the information
becomes available

**Defendants**
**And**

**All others similarly situated as**
**Plaintiff/Defendant or**
**Petitioner/Respondent**
will be further identified as the information
becomes available

**Defendants**

# I. INTRODUCTION AND OPENING STATEMENT

1. This Civil Rights action is brought by Petitioner, :ingerid-bereth-elise: [norland], hereinafter, Petitioner, for redress of grievances against COUNTY OF, KING, d.b.a., a.k.a., KING County, private corporation subsidiary's of STATE OF, WASHINGTON corporation. COUNTY, STATE, and United States, Officials acting under color of STATE law, for fraud, and the violation of Petitioner's rights, by the COUNTY, STATE, and/or United States Officials, rights guaranteed to this Petitioner by both State, and United States of America constitutions, and the Laws, and Treaties, made thereunder, STATE Officials operating under color of STATE law outside their delegated authority, and STATE Officials operating in non-compliance with their own rules, statutes, codes, and ordinances, and procedures as set down by the congress of both STATE, and FEDERAL, governing their official duties. State Officials acting under color of State law, causing Petitioner a damage, by issuing sham legal process, for a profit and a gain for themselves and the enterprise/corporation STATE OF, and it's agencies. STATE Officials acting in concert with certain private Individuals who knowingly, willingly, and with malice, and forethought, made false and fraudulent documents and placed the false and fraudulent documents before a court, causing public officials to act upon the false and fraudulent documents, therefore; causing irreparable damage, harm, and injury, to Petitioner herein, by <u>the wrongful detention of Her Ownership property, emotional distress, permanent mental damage, defamation, embarrassment, impairment of reputation, theft of Her property, trespass, and denial of her right of liberty</u>. Deceptive Trade Practices "Fraud upon the Court". At all times relevant to this complaint, Defendant Barbara Minor, is a STATE Officials acting under color of STATE law as agents, or employees, or private Contractors for the enterprise/corporation, STATE OF WASHINGTON and or it's agencies. Defendant HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and their subsidiary , DB Home Lending, LLC and Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, and Ed Halderman are private Individual operating in concert with STATE Officials Under color of STATE Law, making false and fraudulent documents and swearing to the truth of the same. The






above named Defendants', with the assistance of all other defendants', while acting under color of STATE law, outside their jurisdiction and scope of authority, and in concert with each other, willfully, wantonly, and recklessly, with malice, and forethought, caused Petitioner the damage of deprivation of rights, deprivation of liberty, physical and mental injury, <u>Deceptive Trade Practices "Fraud upon the Court".</u>in so doing,  violated clearly established law, as those laws apply to Plaintiff's rights protected under the Bill of Rights, particularly  1st, 4th, 5th, 6th, 8th  articles of the Bill of Rights, and pertinent to the 14th, amendments of the constitution of the United States, and the guaranteed rights set forth in the State constitution. Be it known, each of the STATE Officials, agents, employees, contractors, herein, have sworn an "Oath of Office" in regards to their duties, and therefore, each of their acts under color of STATE law, equates to criminal conspiracy under Title 42 U.S.C. § 1985, working in concert, while in non-compliance, gross misrepresentation, deceptive trade practices, is unlawfully receiving an income derived directly, or indirectly, from a pattern of unlawful activity.

## II. JURISDICTION AND VENUE

2. All allegations set forth in paragraph 1 are incorporated herein in its entirety by reference.

3. Plaintiff brings this civil action pursuant to Title 42 U.S.C. § 1983, 1985, 1986, 1988, and invokes the jurisdiction of this court pursuant to Title 28 USC § 1332, Diversity of citizenship; amount in controversy; costs. The amount in controversy in this case is more than $75,000. Title 28 U.S.C. § 1331. Federal question and Title 28 U.S.C. § 1343 (A) (3) (4). Civil rights and Elective franchise, and pertinent to the 14th amendment and the Civil Rights Act of 1870, section 6, rights protected under the Bill of Rights, particularly under the 1st, 4th 5th, 6th 8th  articles of the Bill of Rights, and pertinent to the 14th amendment to the Constitution of the United States of America, and Title 18 Chapter 13 § 241-Conspiracy against Rights, Title 18, Chapter 13, §242- Deprivation of Rights under Color of Law, Title 18 U.S.C. Chapter 4- Misprision of Felony, Title 42 U.S.C. § 2000 d-7, receiving federal funding, Title 28 U.S.C. § 1652, Title 18 USC § 1001. Statements or entries generally. Title 18 USC § 2331. Definitions. Title 18 USC § 1956. Laundering of monetary instruments. USC 31. § 3729 False claims, and Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).

## III. PARTIES

4. All allegations set forth in paragraph 1 through 3 are incorporated herein in its entirety by reference.

5. Petitioner, :ingerid-bereth-elise: [norland], hereinafter, Petitioner, at all times relevant to this complaint, is living on Washington

6. Defendant Barbara Minor, d.b.a., a.k.a., BARBARA MINOR, hereinafter, Minor, at all times relevant to this complaint is the Clerk elect, of the KING County, WASHINGTON,






Minor's address is unknown at this time.  Minor does business at 516 Third Avenue, Seattle, WA. 98104.  Minor is being sued in Her Individual and Official capacity including all marital communities.

7. Defendant HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC at all times relevant to this complaint is Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for of Petitioner's ownership, Their addresses are unknown but are dba DO individual paragraphs and give business addresses

8. Defendant R. K. Arnold, a.k.a., d.b.a., hereinafter, ARNOLD, at all times relevant to this complaint is the CEO, President and officer/agents of record for MERS a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. Arnold's address is unknown but Arnold does business at 1818 Liberty Street, Suite 300, Reston, Virginia 20190.  Arnold is being sued in His Individual and Official capacity including all marital communities.

9. Defendant Ed Halderman, a.k.a., d.b.a., hereinafter, HALDERMAN, at all times relevant to this complaint is the CEO and officer/agents of record for Freddie Mac and Fannie Mae a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC.   Halderman's address is unknown but Halderman does business at 8200 Jones Branch Drive McLean, VA 22102-3110.   Arnold is being sued in His Individual and Official capacity including all marital communities.

10.   Defendant Hazel Garcia, a.k.a., d.b.a., hereinafter, GARCIA, at all times relevant to this complaint is the Trustee and officer/agents of record for Quality Loan Services Corp of Washington a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-







HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. Garcia's address is unknown but Garcia does business at 600 Winslow Way East, Suite 234, Bainbridge Island, WA 98110.   Garcia is being sued in Her Individual and Official capacity including all marital communities.

11.    Defendant Josef Ackermann, a.k.a., d.b.a., hereinafter, ACKERMANN, at all times relevant to this complaint is the CEO, President and officer/agents of record for DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary, DB HOME LENDING, LLC. Ackermann's address is unknown but Ackermann does business at 60 Wall Street, New York, NY 10005.  Ackermann is being sued in His Individual and Official capacity including all marital communities.

12.    Defendant Stuart T. Gulliver, a.k.a., d.b.a., hereinafter, GULLIVER, at all times relevant to this complaint is the CEO and officer/agents of record for HSBC BANK USA N.A,. a.k.a., d.b.a   HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary, DB HOME LENDING, LLC.   Gulliver's address is unknown but Gulliver does business at One HSBC Center, Buffalo, NY 14203. Gulliver is being sued in His Individual and Official capacity including all marital communities

13.    Defendant Irene M. Dorner, a.k.a., d.b.a., hereinafter, DORNER, at all times relevant to this complaint is the CEO, Vice President and officer/agents of record for HSBC BANK USA N.A,. a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary, DB HOME LENDING, LLC.   Dorner's address is unknown but Dorner does business at One HSBC Center, Buffalo, NY 14203.  Dorner is being sued in Her Individual and Official capacity including all marital communities

14.    Defendant Rhonda Wright, a.k.a., d.b.a., hereinafter, WRIGHT, at all times relevant






to this complaint is the Vice President and officer/agents of record for AZTECA FORCLOSURE CORPORATION OF WASHINGTON,. a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary, DB HOME LENDING, LLC. Wright's address is unknown but Wright does business at 5501 NE 109th Court #N, VANCOUVER, WASHINGTON 98662. Wright is being sued in His Individual and Official capacity including all marital communities

15.   Defendant Ronald M. Farris, a.k.a., d.b.a., hereinafter, FARRIS, at all times relevant to this complaint is the President and officer/agents of record for OCWEN.LOAN SERVICING, LLC a.k.a., d.b.a HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary, DB HOME LENDING, LLC. Farris's address is unknown but Farris does business at PO BOX 24737, East Palm Beach, Florida 33415.. Farris is being sued in His Individual and Official capacity including all marital communities

16.   Defendant Kelly D. Sutherland a.k.a., d.b.a., hereinafter, SUTHERLAND, at all times relevant to this complaint is the Jennings, Sutherland, Mayer, and Miller of record for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. Sutherland is an Officer of the COURT of THE STATE OF WASHINGTON. His address is unknown but Sutherland does business at 1499 S. E. Tech Center Place, #255, Vancouver, WA 98683. Sutherland is being sued in His Individual and Official capacity including all marital communities.

17.   Defendant Elizabeth F. Jennings a.k.a., d.b.a., hereinafter, JENNINGSS, at all times relevant to this complaint is the Jennings, Sutherland, Mayer, Miller of record for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC.






Jennings is a Bar-Card Attorney, therefore, she is an Officer of the COURT of THE STATE OF WASHINGTON. Her address is unknown but Jennings does business at 145 3rd Avenue South, Suite 200, Edmonds, Washington 98020. Jennings is being sued in Her Individual and Official capacity including all marital communities.

18.    Defendant Charles T. Meyer a.k.a., d.b.a., hereinafter, MEYER, at all times relevant to this complaint is an associate Jennings, Sutherland, Mayer, and Miller of record for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. Meyer is a Bar-Card Attorney, therefore, He is an Officer of the COURT of THE STATE OF WASHINGTON, His address is unknown but Meyer does business at the address 9970 Research Drive, Irvine, CA 92618. Meyer is being sued in His Individual and Official capacity including all marital communities.

19.    Defendant Johnna Miller a.k.a., d.b.a., hereinafter, MILLER, at all times relevant to this complaint is an associate Jennings, Sutherland, Mayer, and Miller of record for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, herein, HSBC BANK USA N.A, and a.k.a., d.b.a DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC. Meyer is a Bar-Card Attorney, therefore, She is an Officer of the COURT of THE STATE OF WASHINGTON,. Her address is unknown but Miller does business at the address 1661 Worthington Road, Suite 100, East Palm Beach, Florida 33409. Miller is being sued in Her Individual and Official capacity including all marital communities.

20.    Defendant, John Doe # 1, Hereinafter JOHN DOE # 1, at all times relevant to this complaint is a private contractor/agent of the agency HSBC, of the corporation, STATE OF, WASHINGTON,  John Doe #1, will be further identified as the information becomes available. John Doe #1's address is unknown at this time. John Doe #1 does business at 145 THIRD AVENUE SOUTH, SUITE 200, EDMONDS, WASHINGTON 98020. John Doe # 1 is being sued in His Individual and Official capacity including all marital communities.

21. Defendant COUNTY OF KING, d.b.a., a.k.a., KING County, hereinafter, KING County, at all times relevant to this Complaint, is a subsidiary corporation Agency of the Corporation STATE OF, WASHINGTON. KING County, is located at KING County Courthouse, 516 Third Avenue, Seattle, WA. 98104. . KING County d.b.a., a.k.a. COUNTY OF, KING, is being sued as a person.





## IV. STATEMENT OF FACTS.

25. All allegations set forth in paragraph 1 through 24 are incorporated herein in its entirety by reference.

26. Factual allegations herein this complaint began on or about March 27, 2007 and is ongoing.

27. All allegations, injury, and damage alleged in this complaint are ongoing and continue unless otherwise stated.

28. for a profit and a gain for Themselves and the enterprise corporation WASHINGTON, STATE OF, and

29. for the wrongful retention of Petitioner's Ownership property,

30. Deceptive Trade Practices "Fraud upon the Court".,

31. against Her will,

32. without Her free will consent,

33. as required by the rules, guidelines,

34. and Acts of Congress, by which the agencies are required to operate.

35. Defendant **Kelley D. Sutherland**, having full knowledge of the law, knew or should have known, that his unlawful filings would cause Petitioner damage, and violated well settled law,

36. Defendant **Charles T. Meyer**, having full knowledge of the law, knew or should have known, that his unlawful filings would cause Petitioner damage, and violated well settled law,

37. Defendant **Johnna Miller**, having full knowledge of the law, knew or should have known, that her unlawful filings would cause Petitioner damage, and violated well settled law,

38. Defendant **Elizabeth F. Jennings**, having full knowledge of the law, knew or should have known, that her unlawful filings would cause Petitioner damage, and violated well settled law,






39. causing Petitioner herein great mental anguish,

40. Loss of private property, Loss of Petitioner's Ownership property rights,

41. and other great expenses.

42. Defendant Kelley D. Sutherland, Charles T. Meyer, Johnna Mille, and Elizabeth F. Jennings  having superior knowledge of the law, and

43. having a deliberate indifference to the rights of this Petitioner, and/or well settled law,

44. knew, or should have known, Petitioner had the Warranty Deed and Grantee Acknowledgement with sole ownership of the Property commonly known as  33245 south east 52nd street, fall city [98024] washington.

45. and bringing fraud against the Petitioner herein. By;

46. Defendant Kelley D. Sutherland,  and  Defendant Charles T. Meyer, and  Defendant Johnna Miller's and  Defendant Elizabeth F. Jennings, and defendant  Stuart T. Gulliver, and defendant  Josef Ackermann, and defendant  William C. Erbey, and defendant  Rhonda Wright, and  Defendant Irene M. Domer, and  Defendant Ronald M. Farris, and defendant  R. K. Arnold, and defendant  Hazel Garcia, and defendant  Ed Halderman  intentional entered misinformation into a fraudulent STATE COURT case No. 12-2-06856-9 SEA

47. for a profit and a gain for Himself and the enterprise/corporation,

48. which Defendant Kelley D. Sutherland, and  Defendant Charles T. Meyer, and Defendant Johnna Miller and defendant Elizabeth F. Jennings knew was fraud  and Deceptive Trade Practices  "Fraud upon the Court". while acting in concert with Defendant Stuart T. Gulliver, Josef R. K. Arnold, Hazel Garcia, Ed Halderman n, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Defendant

49. Barbara Minor, Clerk of Courts elect of Defendant KING County

50. under Color of STATE Law,







51. for the purpose of generating a revenue "Profit and a Gain" for Themselves,

52. the KING County, STATE COURT, the enterprise/corporation WASHINGTON, STATE OF, and

53. and the enterprise/corporation STATE OF, WASHINGTON, by/through;

54. their Securitization,

55. of the fraudulent STATE case No. **12-2-06856-9 SEA,**

56. all case numbered documents creating separate fraudulent STATE cases, and UNITED STATES DISTRICT cases with separate,

57. "creating CUSIP, (113672497) and CRIS (541892650) numbered securities",

58. and the bonding and securitization of the fraudulent document "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER", by the enterprise/corporation,

59. and the bonding and securitization of the fraudulent document "MOTION(S) TO DISMISS", by the enterprise/corporation,

60. in violation of many STATE, and FEDERAL securities' laws,

61. is; a willful, wonton, reckless, disregard for well settled law,

62. <u>Deceptive Trade Practices  "Fraud upon the Court".,</u>

63. and a gross violation of Petitioner's rights,

64. as guaranteed to Him by His Creator and By the articles of the Bill of Rights and

65. pertinent to the 14th amendment to the constitution of the United States of America, and other Congressional Mandates.

66. Foreign to Petitioner in all aspects and

67. hindered service of process,

68. Defendants Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Knew or should have known, that the basis for the fraudulent "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER", is <u>Deceptive Trade Practices  "Fraud</u>



—





upon the Court" fraud, and ;

69. personal gain at Petitioner's expense,

70. in their hopes of creating a legal means for the unlawful conversion of Petitioner's

71. private property,

72. statements and allegations, made therein, sworn to and signed under Oath, by Defendant's Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Dorner, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller acting in concert, while having knowledge of the facts,

73. that no standing whatsoever could or would  have existed for the filing of fraudulent "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER unless either Defendant Dawn, Petitioner, or Her Ownership property,

74. causing great financial damage, and mental damage, to Petitioner,

75. and causing the great possibility of physical damage to Petitioner,

76. due to their extreme and outrageous conduct, and harassment,

77. of Petitioner by STATE officials, agents

78. operating under color of STATE Law,

79. Petitioner, Petitioner's, property have a reasonable expectation that Their rights as guaranteed to Them by their Creator and by the Bill of Rights 1st, 4th, 5th, 6th, 8th and pertinent to the 14th amendment to the constitution of the United States of America, will not be violated by the individuals operating in concert with STATE Officials; UNITED STATED DISTRICT, and Their Agencies KING County's private contractors, operating under color of STATE law.

80. The fraudulent sham legal process, document "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER",



81. perpetrated upon Petitioner, and







82. the COURT, by

83. Defendant

84.     Defendants'

85.     are the proximate cause,

86.     creating the condition,

87.     upon which the remaining damages complained of hereinafter,

88. is continued by Defendants' named herein, as individuals', and STATE Officials',

89. and STATE agencies, and private contractors of those Agencies,

90. acting under Color of STATE law, and

91. outside Their jurisdiction and scope of authority, and against well settled law.signed by Defendant's Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and appears to be on Defendant's Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller letterhead,

92. the above named Sham Legal Process, is created by Defendants', Stuart T. Gulliver, Josef R. K. Arnold, Hazel Garcia, Ed Halderman, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller acting in concert,

93. knowingly, and willfully, with forethought and malice, in writing,

94. made materially false statements to material facts,

95. and falsifying and covering up of material facts by trick and scheme,

96. in the afore named Defendants' attempt to create a legal means for themselves, and the enterprise/corporation STATE agencies', unlawful conversion of Petitioner's private property, therefore;

97. committing fraud against Petitioner,



98. and fraud upon the Court in which the Sham Legal Process is recorded.




99.     At the time, on or about February 23, 2012 there was no perfection, in conformance with the SCRA, of the Document as the fraudulent

100.    in violation of both, STATE and FEDERAL law governing due process rights, as those rights apply, and are guaranteed to Petitioner.

101.    fraudulent "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER," and

102. no "Due Process Hearing" in the proper venue and jurisdiction has taken place concerning this matter,

103.    causing Petitioner great suffering,

104.    and, irreparable damage.

105.    contained, in writing false and fraudulent statements to material facts,

106.    well known to these herein named Defendants to be false,

107.    denying Petitioner the lawful use of Her private property as is guaranteed to Her by Her Creator and by the Articles of The Bill Of Rights 1st, 4th, 5th and pertinent to the 14th amendment to the constitution of the United States of America, and

108.    filed false and misleading statements into the Court record

109.    Directed at the mechanics of the Court,

110.    creating a fraud upon the court.

111.    Defendant's  Elizabeth F. Jennings, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman and Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller on Their application for "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER", made many Slanderous allegations against Petitioner,

112.    of which no evidence, forensic or otherwise, <u>Deceptive Trade Practices "Fraud upon the Court"</u> ,against Petitioner existed, nor was any evidence against Petitioner, ever presented.

113.    causing Petitioner great mental anguish, for no cause.

114.    Defendant's Elizabeth F. Jenningss, Kelley D. Sutherland, Charles T. Meyer,







Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, and Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman continuously brought unfounded false allegations against Petitioner

115.     On or about February 23, 2012, Defendant Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, and Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman, in their use of the Court as a weapon against Petitioner, and Petitioner's Ownership property,  herein,

116.     Defendant Elizabeth F. Jenningss, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, and Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman filed a fraudulent "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER",

117.     in the court

118.     while Defendants' Barbara Minor, Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, and Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman, knew or should have known,

119.     that the "warranty deed and acknowledgment was in full force and effect and upon demand by Petitioner, Defendant's Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman refused to return Petitioner's Ownership property and

120.  continuously and wrongfully retained Petitioner's Ownership property.

121.  The fraudulent "SHOW CAUSE MOTION FOR UNLAWFUL DETAINER" was signed by Defendant Elizabeth F. Jennings.

122.  Defendant BARBARA MINOR , is Clerk of Superior Court elect, of King County, WASHINGTON

123.  Defendant BARBARA MINOR is required by both, the Constitution of The

124.  State Of WASHINGTON, and Constitution of The United States, to take an Oath Of Office, to the same. Defendant BARBARA MINOR, Clerk of Superior Court elect, for King County, WASHINGTON, has a fiduciary duty to the people of WASHINGTON, to not violate the rights of those people.




 

125.  Petitioner herein, has a reasonable expectation, that Court Superior Clerk elect, Defendant BARBARA MINOR, will not violate Petitioner's rights, as those rights are guaranteed to Her by Her Creator and by the Articles of the Bill of Rights, and the same Constitutions, to which Defendant Barbara Minor swore an Oath to support.

126.  Petitioner suspected foul play, on the part of the defendants Named herein, knowingly and willfully acting without subject matter jurisdiction, in personum jurisdiction and wrong venue.

127.  Court Clerk KING elects, Defendant BARBARA NINOR,

128.  having full knowledge of the law,

129.  knew, or should have known,

130.  that Acting in concert with Defendants name herein, under color of STATE law,

131.  that Defendant Barbara Minor's,  processing,

132.  of the fraudulent sham legal process, SHOW CAUSE MOTION FOR UNLAWFUL DETAINER"

133.  is <u>Deceptive Trade Practices  "Fraud upon the Court"</u>,  fraud,

134.  is a breach of Defendant Barbara Minor 's Oath Of Office,

135.  is a breach of Defendant Barbara Minor 's fiduciary duty,

136.  is a breach of public trust, by Defendant Barbara Minor ,

137.  is obstruction of justice, by Defendant Barbara Minor

138.  is Defendant Barbara Minor 's aiding and abetting the other Defendants' named herein,

139.     in the furtherance of a malicious prosecution

140.     against Petitioner herein

 

 

141. for a profit and a gain for themselves and the enterprise/corporation STATE, and

142. Defendants have a vested interest in the outcome of the actions

143. by their fraudulent securitization of their fraudulent paper, and CRIS accounts, (113672497), get both numbers

144. causing Petitioner great monetary damage,

145. emotional distress

146. defamation,

147. embarrassment,

148. humiliation,

149. impairment of reputation

150. wrongful detention,

151. loss of reputation, and

152. The extreme and outrageous conduct of Defendants' Barbara Minor, and Defendant's Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and Elizabeth F. Jennings , with the aid of the other Defendants'

153. acting in concert, jointly and severally,

154. under color of STATE law.

155. for a profit and a gain for themselves and the enterprise/corporation STATE,

156. shocks the conscience of any reasonable person.

157. Sometime in 23 February 2012, Defendant's Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller,  Bar-card attorneys,






158. having Superior knowledge of the law, without due diligence, accepted the false misinformation from Defendant's Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris. R. K. Arnold, Hazel Garcia, Ed Halderman having taken an Oath of Office as STATE Officials, to support the constitution of the state of WASHINGTON, and the constitution of the United States of America,

159. Petitioners herein accept Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller Oath of office,

160. And upon this notice to vacate their fraud, criminal sanctions can and will apply to them,

161. also, Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller

162. being Officers Of The Court,

163. by Their application, and acceptance, into the STATE B.A.R.

164. knew, or should have known,

165. knowingly, and recklessly,

166. with forethought and malice,

167. entered into the fraudulent Court Actions, with

168. perpetrated against Petitioner. Therefore;

169. causing Petitioner a damage,

170. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller have a fiduciary Duty to the public and to the people, and

171. that They will not breach Their Fiduciary Duty they have to the public and to the

172. people,

173. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna







Miller

174. have a fiduciary duty not to violate Their code of ethics, as it applies to Their duties as an Attorney,

175. and as an Official of the Court.

176. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller

177. have a DUTY of public trust,

178. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller have a fiduciary duty not to breach that duty of public trust.

179. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller have a fiduciary duty not to enter into any obstruction of justice.

180. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller have a fiduciary duty not to enter into any fraud, or enter any fraud into a Court proceeding, on which They are counsel of record or assisting the counsel of record.

181. Defendant' Nancy Bradburn-Johnson, has a fiduciary duty not to violate Her code of ethics, as it applies to Her duties as a Court Commissioner,

182. and as an Official of the Court

183. Defendant Nancy Bradburn-Johnson, has a DUTY of public trust,

184. Defendant Nancy Bradburn-Johnson, has a fiduciary duty not to breach that duty of public trust.

185. Defendant Nancy Bradburn-Johnson, has have a fiduciary duty not to enter into any obstruction of justice.

186. Defendant Nancy Bradburn-Johnson has a fiduciary duty not to enter into any Deceptive Trade Practices "Fraud upon the Court", fraud, or enter any fraud into a Court proceeding, on which She is a Court commissioner.







187. Defendant Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller entered Their first fraud relevant to this complaint, when;

188. Defendant **Elizabeth F. Jennings** accepted compensation to represent Defendant's Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC as Their counsel of record in Their multiple court motions/actions against Petitioner.

189. Defendant **Kelley D. Sutherland,** committed his second fraud when He failed to disclose the facts to Defendant Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC that They were last on the list, as to Their Obligation of representation,

190. Defendant **Charles T. Meyer,** committed his second fraud when He failed to disclose the facts to Defendant Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC that They were last on the list, as to Their Obligation of representation,

191. Defendant **Johnna Miller** committed his second fraud when He failed to disclose the facts to Defendant Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC that They were last on the list,







as to Their Obligation of representation,

192. the enterprise/corporation STATE, being His first obligation,

193. the court commissioner and judge, and the court, being second obligation, and

194. the representation of Defendant Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC being Her last obligation.

195. Defendants' Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and later Elizabeth F. Jenningss and Nancy Bradburn-Johnson breached Their fiduciary duty,

196. and breached Their public trust, and

197. obstructed justice,

198. Defendants' Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and later Barbara Minor and Nancy Bradburn-Johnson breached Their fiduciary duty,

199. and breached Their public trust, and

200. obstructed justice,

201. when They knowingly, and willingly, with forethought and malice, entered

202. into fraudulent court cases, and

203. continued the fraud,

204. while having full knowledge,

205. that They, and Defendants' Barbara Minor , Elizabeth F. Jenningss, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel







Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC are using the Court as a Weapon, against Petitioner,

206. for a profit and a gain for themselves and the enterprise/corporation STATE OF, WASHINGTON. By/through;

207. the securitization of the fraudulent Court cases,

208. commenced by the Defendants' filing of Sham Legal Process,

209. directed at the mechanics of the Court, and

210. Defendants' acting in concert, under color of STATE law,

211. violated Petitioner's rights as they are guaranteed to Him by His Creator and by Articles 4, and 5, of the Bill Of Rights, and pertinent to the 14th Amendment to the constitution of the United States, as they apply to Petitioner.

212. Defendants' Barbara Minor, Nancy Bradburn-Johnson, Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller having Superior knowledge of the law,

213. knew, or should have known,

214. that They, Barbara Minor, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and later Elizabeth F. Jennings, and Nancy Bradburn-Johnson

215. used Their position as a B.A.R. card attorneys, and judges, to

216. interfere with Petitioner's Ownership Property rights,

217. over Petitioner's objection,

218. against Petitioner's will,



219. and without Petitioner's free will consent,





220. without due process of law,

221. Defendants' Barbara Minor, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and later Elizabeth F. Jennings and Nancy Bradburn-Johnson acted outside Their Jurisdiction and scope of authority,

222. and under color of STATE law,

223. and in concert with the other Defendants',

224. causing Petitioner a damage, by

225. Defendants' Barbara Minor, Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, along with Nancy Bradburn-Johnson being STATE actors,

226. acting under color of STATE law

227. violating Petitioner's Ownership property and due process rights,

228. and Petitioner's Article 4, of the Bill Of Rights, to be secure in His person, papers, and effects,

229. as those rights are guaranteed to Petitioner by Article 4 and 5 of the Bill Of Rights, and pertinent to the 14th Amendment to the constitution of the United States of America, as those rights apply to Petitioner.

230. Defendant Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller entered an exact copy of a forged, counterfeit security,

231. into a court action as Their evidence in that court action, therefore,

232. knowingly, and willingly,

233. and with forethought and malice,

234. trafficking in forged counterfeit securities,

235. in direct violation of USC Title 18. § 472, 473, 474,







236.  while Defendant Barbara Minor, Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and Nancy Bradburn-Johnson having Superior knowledge of the law,

237.  knew, or should have known,

238.  that the original document was securitized by the STATE.

239.  and the enterprise/corporation, therefore; knowingly,

240.  and falsifying the records,

241.  both STATE/FEDERAL Officials operating in concert, under color of STATE law,

242.  having Superior knowledge of the law,

243.  knew or should have known,

244.  they were operating in non-compliance with their rules of procedure,

245.  lack of subject matter jurisdiction (Title 28§610),

246.  in breach of their Oath of Office,

247.  Breach of Public Trust,

248.  and obstructing justice,

249.  and violated multiple securities laws. By

250.  creating the fraudulent document " SHOW CAUSE MOTION FOR UNLAWFUL DETAINER ", and several other fraudulent documents

251.  for the purpose of a profit and a gain for themselves and the enterprise/corporation STATE OF WASHINGTON,

252.  by the fraudulent conversion of that document into a fraudulent security,

253.  and making exact copies of the securities, in direct violation of USC Title 18. §472, §473 and §474





254.  Defendant Jennings, Sutherland, Meyer, Miller and Defendant's, nor the enterprise/corporation STATE OF, WASHINGTON has standing to create a "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER", and other Fraudulent documents,

255.  denying Petitioner His right of due process, denying Petitioner His property rights, denying Petitioner his Ownership property rights, and denying Petitioner His rights by His Creator and under the Bill Of Rights Article 1, 4, 5, 6, 8 and pertinent to the 14th amendment to the constitution of the united states of America, as those rights apply to Petitioner.

256.  by swearing to the truth of the fraud, by placing their signature upon the fraudulent Sham Legal Process, and filing the same into a Court record by Defendant Barbara Minor, Defendant Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and Defendant Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris,, R. K. Arnold, Hazel Garcia, Ed Halderman

257.  Defendant Barbara Minor, has a fiduciary duty to the public to make certain that proper procedure is followed in recording of process. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, Barbara Minor, jointly and severally responsible for the creating of the fraudulent, Sham Legal Process, document "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER",

258.  Defendant Nancy Bradburn-Johnson has a fiduciary duty to the public to make certain that proper procedure is followed in recording of process. Defendants' Elizabeth F. Jenningss, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, and Nancy Bradburn-Johnson jointly and severally are responsible for the creating of the fraudulent, Sham Legal Process, document "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER",






## JUDICIAL NOTICE OF PETITIONER'S INTENT

Petitioner has no intent for this Complaint to be, or become an appeal To this Court. Petitioner's intent for this action is for redress of grievances, And to be made whole, from the damages and sufferings caused by Defendants Named herein, acting in concert, and under color of STATE law. The reference to Court Hearings, and case citing, and dates, and places, is for reference, for the Court to better understand Petitioner's position. [Title 28§610]

## V. CAUSES OF ACTION

All allegations set forth in paragraphs 1 through 303 are incorporated herein in its entirety by reference.

### FIRST CAUSE OF ACTION;

On or about February 23, 2012 Defendant Barbara Minor, Clerk Of Courts King elect, having Superior knowledge of the law, as an elected Official, and having full access to the public records, knowingly, and willingly, with forethought and malice, for a profit and a gain for Himself and the enterprise/corporation STATE, and it's Agencies, did create Sham Legal Process, and fraud, when He acted in concert, under color of STATE law, to create a fraudulent claim, making materially false and fictitious statements in an attempt to cover up a material fact. "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER" without forensic evidence, or due diligence.

Defendant Barbara Minor, has a fiduciary duty to the public to make certain that proper procedure is followed in recording of process. Barbara Minor, is responsible for the creating of the fraudulent, Sham Legal Process, by swearing to the truth of the fraud, by placing His signature upon the fraudulent Sham Legal Process, and filing the same into a Court record. Defendant Barbara Minor knew or should have known, that Petitioner's ownership was already determined on the public record, Causing damages to Petitioner. By depriving Petitioner of Her due process rights, depriving Petitioner of Her property rights, guaranteed by Her Creator, and Her rights as guaranteed by the Bill Of Rights, Article 1, 4, 5, 6, 8, and pertinent to the 14th amendment to the constitution of the United States of America, as those rights apply to Petitioner.

### SECOND CAUSE OF ACTION;

On or about October 20, 2010, Defendant Barbara Minor, Clerk Of Courts elect, having Superior knowledge of the law, as an elected Official, and having full access to the public records, knowingly, and willingly, with forethought and malice, for a profit and a gain for Himself and the enterprise/corporation STATE, and it's Agencies, did create







Sham Legal Process, and fraud, when She acted in concert, under color of STATE law, with Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, and Defendants' Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, Attorney, and Defendant Minor, to create a fraudulent claim, making materially false and fictitious statements in an attempt to cover up a material fact,

Defendant Barbara Minor, has a fiduciary duty to the public to make certain that proper procedure is followed in recording of process. Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC USA N.A., AS TRUSTEE , HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, Attorney, and Defendant HSBC, and Barbara Minor, jointly and severally responsible for the creating of the fraudulent, Sham Legal Process, "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER", by swearing to the truth of the fraud, by placing their signature upon the fraudulent Sham Legal Process, and filing the same into a Court record. Defendant Barbara Minor, and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, and Defendants' Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman for HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, knew or should have known, that a STATE **contract,** known as an "Warranty Deed and Acknowledgment ", existed, between Defendant Jennings, Sutherland, Meyer, Miller and Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC and Petitioner, therefore, Defendants' named herein, knew or should have known that the enterprise/corporation STATE OF, WASHINGTON, has no Standing, or jurisdiction, to become involved in the **contractual-rights** relationship between Defendant Jennings, Sutherland, Meyer, Miller and Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC and this Petitioner (Title





28§610), Causing damages to Petitioner. By depriving Petitioner of Her due process rights, Her property rights, and Her rights to property, as guaranteed by His Creator and by the Bill Of Rights, Article 1, 4, 5, 6, 8, and pertinent to the 14th amendment to the constitution of the United States of America, as those rights apply to Petitioner.

## THIRD CAUSE OF ACTION;

On or about October 29, 2010, Defendant Minor,, Clerk Of Courts elect, having Superior knowledge of the law, as an elected Official, and having full access to the public records, knowingly, and willingly, with forethought and malice, for a profit and a gain for Himself and the enterprise/corporation STATE, and it's Agencies, did create Sham Legal Process, and fraud, when He acted in concert, under color of STATE law, with Defendant Jennings, Sutherland, Meyer, Miller Defendant judge and Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, to create a fraudulent court claim, Defendant Minor, failed to stop the other Defendants from committing the fraud, making materially false and fictitious statements in an attempt to cover up material facts. (Title 28§610)

## FOURTH CAUSE OF ACTION;

On or about February 11, 2011, Defendant Minor, Clerk Of Courts King elect, having Superior knowledge of the law, as an elected Official, and having full access to the public records, knowingly, and willingly, with forethought and malice, for a profit and a gain for Himself and the enterprise/corporation STATE, and it's Agencies, did create Sham Legal Process, and fraud, when They acted in concert, under color of STATE law, with Defendant Jennings, Sutherland, Meyer, Miller and Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC to create a fraudulent claim, making materially false and fictitious statements in an attempt to cover up a material fact.

## FIFTH CAUSE OF ACTION

On or about October 20, 2010, Defendant Jennings, Sutherland, Meyer, Miller and Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB






Home Lending, LLC having full knowledge of the facts, knowingly, and willingly, with forethought and malice, made false and fraudulent allegations, and swore under Oath to the truth of the same, by placing Their signatures on the Sham Legal Process in the form of document "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER", knowing that Defendant Jennings, Sutherland, Meyer, Miller and Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC never had true title over Plaintiff's ownership property in Their attempt to create a legal means for Defendant Jennings, Sutherland, Meyer, Miller and Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, Defendants' named herein, and the enterprise/corporation STATE Agencies', all operating in concert under color of STATE law, to acquire the unlawful conversion of Petitioner's private property, and Petitioner's due process rights, therefore; causing Petitioner a damage.

Defendant Defendant's Jennings, Sutherland, Meyer, Miller and Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC perjuring of Themselves, while acting in concert under color of STATE law with the defendants' named herein, and using the Court as a weapon against Petitioner, in Their revenge, for Petitioner's knowledge of their lack of true title and ownership , is the proximate cause for Petitioner's damages as alleged in this Complaint. Deceptive trade Practices "Fraud upon the Court", deprivation of Liberty, physical and mental injury, financial injury, loss of property, loss of standing in the community, and with friends, And; deprivation of Petitioner's rights guaranteed to Her by Her Creator and by the Bill Of Rights Article 1, 4, 5, 6, 8, and pertinent to the 14th Amendment to the constitution of the United States of America.

SEVENTH CAUSE OF ACTION;

Defendant's Jennings, Sutherland, Meyer, and Miller, having Superior knowledge of the law, and with wanton, reckless, disregard for well settled law, and Petitioner's rights, neglected His Fiduciary duty to the public, and to Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, and to Petitioner herein, Defendant's Jennings, Sutherland, Meyer, Miller, using the






advantage of their positions as B.A.R. card Attorneys to enable Them to operate outside the well settled law, and outside of Their delegated authority, and operating outside the rules and regulations set forth by Congressional Mandate, when They filed a Motion based on false allegations, into a Court, creating an action against Petitioner, Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC as the Plaintiff, when Defendant Jennings, Sutherland, Meyer, and Miller knew or should have known that the statements, They made in the Motion were false, and fraudulent. Defendant's Jennings, Sutherland, Meyer, and Miller, neglected Their duty As B.A.R. attorneys, Jennings, Sutherland, Mayer, and Miller not to cause damage to the people by that position They hold as such. Defendant Attorney's filing of the false and fraudulent Complaint, without as much as a smidgen of corroborated evidence, is a breach of the public trust, breach of Their fiduciary duty, breach of Their code of ethics as it applies to B.A.R. card attorneys, breach of Their Oath Of Office, aiding and abetting, and acting in concert with the other Defendants' named herein in the furtherance of the fraud and injustice, perpetrated against Petitioner and the Court. Defendant Attorney's Deliberate Indifference, as to filing fraudulent process, is for a profit and a gain for Himself and the enterprise/ corporation STATE and it's Courts, through their Securitization of the fraudulent Court cases #'s, CRIS, CUSIP, accounts, and Federal Funding, is a policy and a custom, and an institutionalized practice, with assistance of the STATE Agencies.

Defendant Jennings, Sutherland, Meyer, and Miller acted unreasonably, by neglecting Their duty to make sure all Process They were filing is **true, correct, and not misleading**, causing a damage to Petitioner.

Defendant Attorney's, extreme and outrageous conduct, and Their failure to stop the acts causing the damage, acting under color of STATE law, in concert, with the other defendants named herein, shocks the conscious, and caused Petitioner a damage, deprivation of Petitioner's property, deprivation of liberty, physical and mental injury, financial injury, loss of property, deprivation of Petitioner's rights as guaranteed to Him by His Creator, and by the Bill Of Rights Article 1, 4, 5, 6, 8, and pertinent to the 14th Amendment to the constitution of the United States of America, as those rights apply to Petitioner.

EIGHTH CAUSE OF ACTION;

Defendants' Jennings, Sutherland, Mayer, and Miller, having Superior knowledge of the law, and with wanton, reckless, disregard for well settled law, and Petitioner's rights, neglected Their Fiduciary duty to the public, and to Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES,



and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC and to Petitioner herein, Jennings, Sutherland, Mayer, and Miller trafficking in forged and counterfeit securities, entered illegal copies of said securities into a Court record as Their evidence. Jennings, Sutherland, Mayer, and Miller, using the advantage of Their position as a B.A.R. card Attorneys to enable Them to operate outside the well settled law, and outside Their delegated authority, and operating outside the rules and regulations set forth by Congressional Mandates, causing Petitioner a damage, Jennings, Sutherland, Mayer, and Miller entered into the Fraud already being perpetrated upon the Court and Petitioner by Defendant Minor, and Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC while Defendants' Jennings, Sutherland, Mayer, and Miller, having full knowledge of the fraud, and acting in such a way so as to further the fraud, creating an action against Petitioner, Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC as the Respondent, when Defendants' Jennings, Sutherland, Mayer, and Miller knew or should have known that Their continuing the fraud would cause a damage, Defendants' Jennings, Sutherland, Mayer, and Miller, neglected Their duty As B.A.R. card Attorneys Jennings, Sutherland, Mayer, and Miller not to cause damage to the people by that position They holds as such. Defendants' Jennings, Sutherland, Mayer, and Miller, filing of multiple false and fraudulent documents is a breach of the public trust, breach of Their fiduciary duty, breach of Their code of ethics as it applies to B.A.R. card attorneys, breach of Their Oath Of Office, aiding and abetting, and acting in concert with the other Defendants' named herein in the furtherance of the fraud and injustice, perpetrated against Petitioner and the Court. Defendants' Jennings, Sutherland, Mayer, and Miller's Deliberate Indifference, as to filing fraudulent process, is for a profit and a gain for Themselves and the enterprise/ corporation STATE and it's Courts, through Their Securitization of the fraudulent Court cases #'s, CRIS, CUSIP, accounts, and Federal Funding, is a policy and a custom, and an institutionalized practice, with assistance of the STATE Agencies.

Defendants' Jennings, Sutherland, Mayer, and Miller, acted unreasonably, by neglecting Their duty to make sure all Process They are filing is **true, correct, and not misleading**, causing a damage to Petitioner.

Defendants' Jennings, Sutherland, Mayer, and Miller's extreme and outrageous conduct, acting under color of STATE law, in concert, with the other defendants' named herein, and Their failure to stop the acts causing the damage, shocks the conscious, and deprives Petitioner of Her rights as guaranteed to Her by the Bill Of Rights Article 1, 4, 5, 6, 8, and pertinent to the 14th Amendment to the constitution of the United States of







America, causing Petitioner deprivation of affection of Petitioner's Offspring property, deprivation of rights, deprivation of liberty, physical and mental injury, financial injury, and loss of property rights, as those rights apply to Petitioner.

NINTH CAUSE OF ACTION;

Defendant Minor, Clerk Of UNITED STATES DISTRICT COURT elect, assuming the same position when the issue was brought before her, failed to prevent further damage, having Superior knowledge of the law, as an elected Official, and having full access to the public records, trafficking in forged and counterfeit securities, entering copies of forged and counterfeit securities upon Court records as evidence, knowingly, and willingly, with forethought and malice, for a profit and a gain for Herself and the enterprise/corporation STATE, and it's Agencies', did create Sham Legal Process, and fraud, when She acted in concert, under color of STATE law, with Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC, Defendant's Jennings, Sutherland, Meyer, and Miller and Defendant Minor, to create a fraudulent court claim.

Defendant Minor has a fiduciary duty to the public to make certain that proper procedure is followed in recording of process. Defendants' HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC and Minor, jointly and severally responsible for the creating of the fraudulent, Sham Legal Process, by swearing to the truth of the fraud, by placing their signature upon the fraudulent Sham Legal Process, and filing the same into a Court record. Defendants' Minor and Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC knew or should have known, that the "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER" and presented it to Defendant Minor for processing. Defendant Minor knew and should have known that Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC Petitioner and Petitioner's property were not owned by Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY





LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC Defendant Minor knowingly, and willingly, accepted the Fraudulent document for processing. By placing the court stamp upon the fraudulent document, therefore, creating the fraudulent show cause for unlawful detainer in violation of the public record of ownership by Petitioner in full force and effect. Therefore, Defendant Minor committed fraud upon the court, and against Petitioner, by Her extreme and outrageous misconduct. The facts as stated herein, are based on the record testimony of Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC.  The unlawful acts by defendants' named herein caused Petitioner deprivation of  Petitioner's property, deprivation of rights, deprivation of liberty, physical and mental injury, financial injury, loss of property, loss of standing in the community, and with friends, loss of Her due process rights, and Her rights as guaranteed by Her Creator, and by the Bill Of Rights, Article 1, 4, 5, 6, 8, and pertinent to the 14th amendment to the constitution of the United States of America, as those rights apply to Petitioner. Defendant Minor knew, or should have known, that the public record of ownership by Petitioner civil contract was in effect.


TENTH CAUSE OF ACTION;


Likewise, on or about February 23, 2012, Defendant Jennings, Sutherland, Meyer, Miller having firsthand knowledge of the facts, knew, or should have known, that She had no firsthand knowledge of the facts that Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC stated on the fraudulent document, which She personally filled out and presented the fraudulent document "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER," on behalf of Defendant HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC to Defendant Minor for processing. Defendant Minor, accepted the fraudulent document for processing, while She having full knowledge that Defendant HSBC was not present at that time, nor did Defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED  HOLDERS OF ACE SECURITIES CORP. HOME EQUITY




 
LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC fill out the "MOTION TO SHOW CAUSE FOR UNLAWFUL DETAINER,", and sign it in Their presence. Defendant's Jennings, Sutherland, Meyer, and Miller swore to the authenticity of the fraudulent document by placing They signature on the fraudulent document. Defendant Minor is an employee of a STATE Agency. Petitioner has a reasonable expectation that Defendant's Jennings, Sutherland, Meyer, and Miller and defendant's HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC acting in concert, under color of STATE law, for a profit and a gain for themselves and the enterprise/corporation STATE, would not cause Her a damage, by the creation of the fraudulent documents for the purpose of creating fraudulent STATE Court claims against the people, and acquiring a CUSIP number for the securitization of the fraudulent documents through FIDELITY INVESTMENTS, therefore, creating fraud against Petitioner, and fraud upon the court, in violation of Petitioner's right of due process, right to Petitioner's property, and Petitioner's rights as guaranteed by His Creator and by the Bill Of Rights, Article 1, 4, 5, 6, 8, and pertinent to the fourteenth amendment to the constitution of the United States, as those rights apply to Petitioner.

## ELEVENTH CAUSE OF ACTION;

John Doe #1, will be identified as his identities become available.

## TWELFTH CAUSE OF ACTION;

At all times relevant to this Complaint, Defendant King County d.b.a., a.k.a., WASHINGTON, within the geographical boundaries of WASHINGTON. At all times relevant to this Complaint, it either directly, or indirectly trained, controlled, or made policy for, employed, supervised, compensated, enriched or rewarded some, or all, of the other Defendants for their actions which commenced on or about February 23, 2012, and is continually on-going.

## THIRTEENTH CAUSE OF ACTION;

At all times relevant to this Complaint, Defendant King County d.b.a., a.k.a., King COUNTY, is a subsidiary corporation agency of the corporation, STATE OF WASHINGTON, within the geographical boundaries of Washington. At all times relevant to this Complaint, it either directly or indirectly trained controlled or made policy for, employed, supervised, compensated, enriched or rewarded some, or all, of the other Defendants for their actions which commenced on or about February 23, 2012 , and is continuing and on-going.

At all times relevant to this Complaint, Defendant King County d.b.a., a.k.a., KING COUNTY, is a subsidiary corporation agency of the corporation, STATE OF WASHINGTON , as a

 




policy and a custom neglected to train, supervise, control, correct, the abuse of authority, or discourage the unlawful use of authority of the Defendant (Police Officers and jail personnel); private contractors. The failure to train Defendant (Police Officers and jail personnel); private contractors, included the failure to instruct them in applicable provisions of the United States Constitution and applicable WASHINGTON statutes and law dealing in property and due process rights.

FOURTEENTH CAUSE OF ACTION;

At all times relevant to this Complaint, Defendant King County d.b.a., a.k.a., KING COUNTY, is a subsidiary corporation agency of the corporation, STATE OF WASHINGTON, within the geographical boundaries of Washington. At all times relevant to this Complaint, it either directly or indirectly trained controlled or made policy for, employed, supervised, compensated, enriched or rewarded some, or all, of the other Defendants for their actions which commenced on or about February 23, 2012 and is continuing and on-going.

FIFTEENTH CAUSE OF ACTION;

The herein described actions, engaged in under Color of State Law, State authority, without subject matter jurisdiction, by defendants, named herein, including Defendant KING County, sued as a person, responsible because of its authorization, condonation, and ratification thereof for the act of its (Police Officers); private contractors, agents and servants, deprived Petitioner of rights secured to him by the Bill of Rights, including, but not limited to his Article 1 right to freedom of expression, his Article 4 right to be free from unlawful search and seizure of his person, and property, his Article 8 right to be free from cruel and unusual punishment, his Article 5, pertinent to the 14th Amendment right to due process of law.

SIXTEENTH CAUSE OF ACTION;

**Wherefore;**      As a direct and proximate result of the acts of the Defendants' named herein, and all others similarly situated, Petitioner suffered the injuries and damages Alleged in Petitioner's Complaint. The Petitioner herein, demands the Petitioner and Defendant with the immediate return and release of Petitioner's property, with the assistance of the King county and Petitioner further demands judgment against each and every Defendant herein, jointly and severally. Defendants named herein violated Petitioners rights, multiple times, as those rights are guaranteed to Petitioner by Her Creator and by the Bill of Rights Article 1, 4, 5, 6, 8, and pertinent to the 14th Amendment to the constitution of the United States of America. Defendants named herein perpetrated fraud against Petitioner multiple times. Defendants named herein, acting in concert and acting





under color of State law, outside their jurisdiction and scope of authority, caused Petitioner the damages as alleged within the (4) four corners of this complaint.

## DECLARATORY JUDGMENT;

(a).   Declaratory judgment for Petitioner against each and every Defendant for, Compensatory damages $100,000,000.00 in lawful currency ledgered against all assets, directly or indirectly, here unto eternity.

(b).   Declaratory judgment for Petitioner against each and every Defendant for, Punitive damages $15,000,000.00 in lawful currency ledgered against all assets, directly or indirectly, here unto eternity.

(c).   Declaratory judgment for Petitioner against each and every Defendant, herein for, violation of Petitioners rights by Defendants operating under color of State law, outside their jurisdiction and scope of authority, causing Petitioner the suffering and damages alleged herein.

(d).   Declaratory judgment for Petitioner against each and every Defendant for, the multiple Accounts of fraud perpetrated against Petitioner by Defendants', causing Petitioner the suffering and damages as alleged in this Complaint.

(e).   Declaratory judgment for Petitioner against each and every Defendant for, compensation, for the Petitioner's time taken to research, and compile the information necessary for Petitioner to be able to bring this Complaint forward.

(f).   Declaratory judgment for Petitioner against each and every Defendant for, Jointly and severally, , but include the fact that all the Defendants named herein are responsible for this damage and suffering as alleged herein because of the fraud in the inducement.

(g).   Declaratory judgment for Petitioner against each and every Defendant for, rights violations, including loss of Petitioner's property, and as alleged against Defendants within the ( 4 ) four corners of this complaint, as those rights are guaranteed to Petitioner by His Creator and by the 1st, 4th, 5th, 8th, Article of the Bill Of Rights, and the 14th amendment to the constitution of the united states of America

(h).   SUMMONS, NOTICE OF UNLAWFUL DETAINER, CAUSE OF ACTION, NOTICE TO ACTIVE DUTY MILITARY MEMBERS AND THEIR DEPENDANTS, COMPLAINT FOR UNLAWFUL DETAINER, EXHIBITS "A" THROUGH "G", ORDER TO SHOW CAUSE and NOTE FOR MOTION DOCKET EXPARTE MOTIONS [LCR 7 (b)(3)(d) –Seattle in W325 eviction for, rights violations, including loss of ownership  property, and as alleged against Defendant Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, and Ed Halderman for HSBC BANK






USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and Deutsche Bank AG and it's Subsidiary DB Home Lending, LLC within the ( 4 ) four corners of this complaint, as those rights are guaranteed to Petitioner by His Creator and by the 1st, 4th, 5th, 8th, Article of the Bill Of Rights, and the 14th amendment to the constitution of the united states of America;

(i). **This Court cause to commence an investigation;** into Court Records of the STATE cases referenced herein, and related case numbers, as to the Defendants' named herein creating and trafficking in fraudulent, forged, counterfeit, securities, as the records reflect, and by Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, and Johnna Miller with Defendants' Filed documents into the cases.

(j). All Jennings, Sutherland, Mayer, Miller fees in processing this action pursuant to Title 42 U.S.C. § 1988;

(k). All rights reserved and the right to amend this complaint as needed with my choice of law and my choice of court;

(l). Petitioner reserves the right to correct or update list of Defendants as Their identities become known or Petitioner is out of harm's way;

(m). Petitioner reserves the right to amend without leave of court with my choice of court and my choice of law.

(n). Declaratory judgment for all Defendants' to have separate counsel, in order to avoid any conflict of interest;

(o). Such other and further relief as to the court deems proper;

**Trial by *Jury* is hereby Demanded**

Date March 19 2019

; ingerid auß erveth ~ elts pi[novlanß]

:ingerid-bereth-elise:

[norland]

33249 south east 52nd street

fall city near [98024]

# VERIFICATION

I, :ingerid-bereth-elise: [norland], Petitioner, do state that I have read the complaint, and declare under penalty of perjury that the statements within are true, correct, complete, and not misleading, to the best of my knowledge, except as to those things stated upon information and belief, and as to those things I believe is true and there is nothing to the contrary.

*[signature]*

:ingerid-bereth-elise: [norland]

State of Washington          )

                                            ss

County of King               )

:ingerid-bereth-elise: [norland], on location in Washington and states that the facts stated in this foregoing complaint are true to the best of his/her knowledge and belief; and that the complaint is not made out of levity, or by collusion with the defendants' but in sincerity and truth, for the causes mentioned in the complaint

*[signature]*

Sworn to and subscribed to before me, this 19th day of March 2012.

**Notary acknowledgment: I do hereby certify that the above complainants , upon proper Identification, known to be the individuals described herein, personally appeared before me as to the above date and presented the documents indicated. Subscribed to and sworn to before me this 19th day of March , 2012.**

*[Notary seal: MICHELE J. ROGERS, NOTARY PUBLIC, STATE OF WASHINGTON, 04-21-12]*

*Michele J. Rogers*
Notary-Washington

*Bothell, Washington*
My commission expires 4/21/12

*[Notary seal]*



RECEIVED
20 MAR 2012 16   09
DEPARTMENT OF
JUDICIAL ADMINISTRATION
KING COUNTY WASHINGTON



```
FILED _____ LODGED
_____ RECEIVED

MAR 21 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY
```

# IN THE SUPERIOR COURT OF WASHINGTON
## FOR KING COUNTY

|  |  |
|---|---|
| :ingerid-bereth-elise: [family norland],<br>Real party in interest, Beneficiary,<br><br>     Plaintiff<br><br>Vs.<br><br>Nancy Bradburn-Johnson aka dba<br>NANCY BRADBURN-JOHNSON/assigns<br>516 Third Avenue, Room 203<br>Seattle, WA. 98104<br>          Defendant<br>          And<br><br>Barbara Minor/assigns aka dba<br>BARBARA MINOR/ASSIGNS<br>516 Third Avenue,, room  E609<br>Seattle, WA. 98104<br>          Defendant,<br>          and<br><br>COUNTY OF KING aka dba<br>King County Corporation/assigns<br>516 Third Avenue<br>Seattle, WA. 98104<br>          Defendant<br>          And<br><br>UNITED STATES OF AMERICA dba<br>UNITED STATES DISTRICT COURT<br>WESTERN WASHINGTON dba  IN<br>THE SUPERIOR COURT OF THE<br>STATE OF WASHINGTON FOR THE<br>COUNTY OF KING<br>516 Third Avenue<br>Seattle, WA. 98104<br>          Defendant,<br>          And | mc12-0039<br><br>Case no. **12-2-06856-9 SEA**<br><br>**Administrative Judge**<br><br><br>*Notice of Removal, King County* |





Elizabeth F. Jennings aka dba    )
ELIZABETH F. JENNINGS/assigns   )
145 THIRD AVENUE SOUTH, SUITE 200 )
EDMONDS, WASHINGTON 98020   )
                Defendant    )
                And    )
                    )

Kelley D. Sutherland aka dba    )
KELLY D. SUTHERLAND/assign    )
1499 S. E. Tech Center Place, #255  )
Vancouver, WA 98683    )
                Defendant    )
                And    )
                    )

Charles T. Meyer aka dba    )
CHARLES T. MEYER/assigns    )
9970 Research Drive    )
Irvine, CA 92618    )
                Defendant    )
                And    )
                    )

Johnna Miller aka dba    )
JOHNNA MILLER/assigns    )
1661 Worthington Road, Suite 100  )
East Palm Beach, Florida 33409   )
                Defendant    )
                And    )
                    )

HSBC BANK USA N.A., AS TRUSTEE  )
ON BEHALF OF ACE SECURITIES CORP.)
HOME EQUITY LOAN TRUST AND FOR )
THE REGISTERED HOLDERS OF ACE)
SECURITIES CORP. HOME EQUITY  )
LOAN TRUST, SERIES 2007-HE5, ASSET )
BACKED PASS-THROUGH CERTIFICATES)
                Defendant,   )
                And    )
                    )

DEUTSCHE BANK AG and it's    )
Subsidiary DB HOME LENDING, LLC)
                Defendant,   )
                and    )
                    )

William C. Erbey/assigns aka dba   )
WILLIAM C. ERBEY/ASSIGNS    )
PO BOX 24737    )
East Palm Beach, Florida 33415   )
                Defendant    )
                And    )
                    )

Ronald M. Farris/assigns aka dba   )
RONALD M. FARRIS/assigns    )
PO BOX 24737    )
East Palm Beach, Florida 33415   )
                Defendant    )
                And    )
                    )

Rhonda Wright aka dba    )
RHONDA WRIGHT/assigns    )
5501 NE 109th Court #N    )
VANCOUVER, WASHINGTON 98662 )
                Defendant    )

And )
)
Stuart T. Gulliver aka dba )
STUART T. GULLIVER/assigns )
One HSBC Center )
Buffalo, NY 14203 )
            Defendant )
            And )
)
Irene M. Dorner  aka dba )
IRENE M. DORNER/assigns )
One HSBC Center )
Buffalo, NY 14203 )
            Defendant )
            And )
Josef Ackermann aka dba )
JOSEF ACKERMANN/assigns )
60 Wall Street )
New York, NY 10005 )
            Defendant )
            And )
)
R. K. Arnold aka dba )
R. K. ARNOLD/assigns )
1818 Liberty Street, Suite 300 )
Reston, Virginia 20190 )
            Defendant )
            And )
)
Hazel Garcia aka dba )
HAZEL GARCIA/assigns )
600 Winslow Way East, Suite 234 )
Bainbridge Island, WA 98110 )
            Defendant )
            And )
)
Ed Halderman aka dba )
ED HALDERMAN/assigns )
8200 Jones Branch Drive )
McLean, VA 22102-3110 )
            Defendant )
            And )
)
)
John Doe Process Server 1 aka dba )
JOHN DOE PROCESS SERVER 1 )
c/o 145 THIRD AVENUE SOUTH, SUITE 200 )
EDMONDS, WASHINGTON 98020 )
will be further identified as the )
information becomes available )
            Defendants )
            And )
)
Jane Doe(s) Wive(s) 2-10 aka dba )
JANE DOE(S) WIVE(S) 2-10 )
Comprising the marital community(s) of )
Defendant(s) )
will be further identified as the )
information becomes available )
            Defendants )
            And )
)



**John Doe(s) Husband(s) 11-17 aka dba** )
**JOHN DOE(S) HUSBAND(S) 11-17** )
**Comprising the marital community(s) of** )
**Defendant(s)** )
will be identified as the information )
becomes available )
           **Defendants** )
           **And** )
       )
**All others similarly situated as** )
**Plaintiff/Defendant or** )
**Petitioner/Respondent** )
will be further identified as the )
information becomes available )
      )
           **Defendants** )
      )

### FIRST NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. 1441 through 1446, particularly 1443, Petitioner, :ingerid-bereth-elise: [family norland], hereby remove this action, inaccurately commenced by the Petitioner, IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY in Washington, before the new found evidence that such forum lacks venue and jurisdiction and in which all jurisdictional requirements imposed by 28 U.S.C. 1331 have been met.

Respondent, HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME E UITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC Barbara Minor, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and State:

1. This action was commenced in the IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY, in Washington and assigned Case no. 12-2-06856-9 SEA (See EXHIBITS article III case no. _____. This is a civil action, in commerce, fraudulently converted into a domestic action, without venue or jurisdiction, now in article III court, no. _____ as STATE OF, WASHINGTON, the fiction, fraudulently claiming to have standing, on behalf of, and assisting Respondent , HSBC BANK USA N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME E UITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE5, ASSET BACKED PASS-THROUGH CERTIFICATES, and DEUTSCHE BANK AG and it's Subsidiary DB HOME LENDING, LLC Nancy Bradburn-Johnson, Barbara Minor, Stuart T. Gulliver, Josef Ackermann, William C. Erbey, Rhonda Wright, Irene M. Domer, Ronald M. Farris, R. K. Arnold, Hazel Garcia, Ed Halderman and Defendants' Elizabeth F. Jennings, Kelley D. Sutherland, Charles T. Meyer, Johnna Miller and State asserting claims for relief pursuant to one STATE statute: REVISED CODE OF WASHINGTON 26.09, being traded; FIDELITY MUNICIPAL MONEY MARKET FUND,  **SUPERIOR COURT case no. 12-2-06856-9 SEA CUSIP, (113672497) and**
CRIS (541892650)  Mutual Fund

2. Pursuant to 28 U.S.C. 1441(b), and particularly1443 (1) and (2)- civil actions or criminal prosecutions, commenced in a State court may be removed to the district court of The United States, for the district and division embracing the place wherein it is pending:






(See district court of the United States no. _____ and Title 28 § 610.)

    (1). Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens Of the United States, or of all persons within the jurisdiction thereof.

    (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

    Petitioner, in this instant action, brings this instant action pursuant to both (1) and (2), above and Title 28 § 610..

3. This district court of the United States has original jurisdiction of this action under 28 U.S.C. 1331, and removal is appropriate to this Court under 28 U.S.C. 1441 and 1446. Particularly 1443(1), (2) and 28 US..C. §610.

4. Venue is proper in this district.

5. Copies of all orders served upon the ::ingerid-bereth-elise: [family norland] in the STATE COURT, are attached hereto. Notice of Removal has been filed in the district court of the United States western district Washington _____ intended contemporaneously with this filing.

    THEREFORE, having met all of the requirements for removal under 28 U.S.C. 1441 and 1446, particularly, 1443, (1), (2), and 28 U.S.C. §610 including the presence of all jurisdictional requirements established by 28 U.S.C. 1331, and 28 U.S.C.§ 610, Petitioner gives notice of removal of the captioned case to the district court of the United States western district Washington _____.

19th  March 2012

Autograph:    :ingerid-bereth-elise: [norland]

:ingerid-bereth-elise: [norland]
[33249] south east 52nd street
fall city near [98024]
425-441-8449

NOTARY PUBLIC, STATE OF WASHINGTON _Michele J. Rogers_

My Commission expires _April 21, 2012_

Date _March 19, 2012_









FILED _____ LODGED
_____ RECEIVED
MAR 21 2012
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

### district court of the United States
### of the western district of Washington

:ingerid-bereth-elise: [norland]
[33249] south east 52nd street
fall city near [98024]

All others similarly situated as
Plaintiff/Defendant or
Petitioner/Respondent
will be further identified as the
information becomes available
                    **Petitioners**

**Vs.**

Nancy Bradburn-Johnson aka dba
NANCY BRADBURN-JOHNSON/assigns
516 Third Avenue, Room 203
Seattle, WA. 98104
                    **Defendant**
                    **And**

Barbara Minor/assigns aka dba
BARBARA MINOR/ASSIGNS
516 Third Avenue,, room E609
Seattle, WA. 98104
                    **Defendant,**
                    **and**

COUNTY OF KING aka dba
King County Corporation/assigns
516 Third Avenue
Seattle, WA. 98104
                    **Defendant**
                    **And**

MC 12-0039

Civil Action No: _____

**Judge: John T. Noonan**
**J. Clifford Wallace**
**Barry G. Silverman**
**or 9th District Circuit**
**Rider Judge [Only]**

**NOTICE OF REMOVAL**

**Related case 12-2-06856-9 SEA**

**Date: March 19, 2012**

**COURT JURISDICTION**
**AND VENUE**
**FRAUD UPON THE COURT**




1




UNITED STATES OF AMERICA dba
UNITED STATES DISTRICT COURT WESTERN WASHINGTON. dba
IN THE SUPERIOR COURT OF THE STATE OF
WASHINGTON FOR THE COUNTY OF KING
516 Third Avenue
Seattle, WA. 98104
     Defendant,
     And

Elizabeth F. Jennings aka dba
ELIZABETH F. JENNINGS/assigns
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
     Defendant
     And

Kelley D. Sutherland aka dba
KELLY D. SUTHERLAND/assign
1499 S. E. Tech Center Place, #255
Vancouver, WA 98683
     Defendant
     And

Charles T. Meyer aka dba
CHARLES T. MEYER/assigns
9970 Research Drive
Irvine, CA 92618
     Defendant
     And

Johnna Miller aka dba
JOHNNA MILLER/assigns
1661 Worthington Road, Suite 100
East Palm Beach, Florida 33409
     Defendant
     And

HSBC BANK USA N.A., AS TRUSTEE ON
BEHALF OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST AND FOR
THE REGISTERED  HOLDERS OF ACE
SECURITIES CORP. HOME EQUITY
LOAN TRUST, SERIES 2007-HE5, ASSET
BACKED PASS-THROUGH CERTIFICATES,
     Defendant,
     And

DEUTSCHE BANK AG and it's
Subsidiary DB HOME LENDING, LLC
     Defendant,
     and

William C. Erbey/assigns aka dba
WILLIAM C. ERBEY/ASSIGNS
PO BOX 24737
East Palm Beach, Florida 33415
     Defendant
     And

Ronald M. Farris/assigns aka dba
RONALD M. FARRIS/assigns
PO BOX 24737
East Palm Beach, Florida 33415
     Defendant
     And






Rhonda Wright aka dba
RHONDA WRIGHT/assigns
5501 NE 109th Court #N
VANCOUVER, WASHINGTON 98662
                 Defendant
                 And

Stuart T. Gulliver aka dba
STUART T. GULLIVER/assigns
One HSBC Center
Buffalo, NY 14203
                 Defendant
                 and

Irene M. Dorner  aka dba
IRENE M. DORNER/assigns
One HSBC Center
Buffalo, NY 14203
                 Defendant
                 And

Josef Ackermann aka dba
JOSEF ACKERMANN/assigns
60 Wall Street
New York, NY 10005
                 Defendant
                 And

R. K. Arnold aka dba
R. K. ARNOLD/assigns
1818 Liberty Street, Suite 300
Reston, Virginia 20190
                 Defendant
                 And

Hazel Garcia aka dba
HAZEL GARCIA/assigns
600 Winslow Way East, Suite 234
Bainbridge Island, WA 98110
                 Defendant
                 And

Ed Halderman aka dba
ED HALDERMAN/assigns
8200 Jones Branch Drive
McLean, VA 22102-3110
                 Defendant
                 And

John Doe Process Server 1 aka dba
JOHN DOE PROCESS SERVER 1
c/o 145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
will be further identified as the
information becomes available
                 Defendants
                 And

Jane Doe(s) Wive(s) 2-10 aka dba
JANE DOE(S) WIVE(S) 2-10
Comprising the marital community(s) of
Defendant(s)
will be further identified as the
information becomes available
                 Defendants



And

**John Doe(s) Husband(s) 11-17 aka dba**
**JOHN DOE(S) HUSBAND(S) 11-17**
**Comprising the marital community(s) of**
**Defendant(s)**
will be further identified as the
information becomes available

**Defendants**

And

**All others similarly situated as**
**Plaintiff/Defendant or**
**Petitioner/Respondent**
will be further identified as the
information becomes available

**Defendants**

_____

**NOTICE OF REMOVAL**

This case has been removed to the district court of the united states. (Title 28 § 1442 & 1446)

Any unresolved motion or verdict or sentence filed in this case prior to its removal is moot as

of the **date** of this notice. **IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY Case**

**Number #12-2-06856-9 and IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**

**COUNTY OF KING  Case Number #12-2-06856-9 and SUPERIOR COURT OF WASHINGTON**

**COUNTY OF KING  Case Number #12-2-06856-9 and IN THE SUPERIOR COURT OF THE STATE**

**OF WASHINGTON FOR THE COUNTY OF KING Case Number #12-2-06856-9  ALL ABSTRACTS OF**

**JUDGMENT; (sales)** must cease and desist from all activities pursuant to this case. Failure to

abide by the constraints of this notice may result in sanctions being imposed. Should the

district court of the United States remand the case back to the Court(s), moving party may

request reinstatement of a motion filed prior to removal of the case by filing a praecipe

requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must

accompany the pracipe.

TITLE 28 > PART IV > CHAPTER 89 > § 1442

§ 1442. FEDERAL OFFICERS OR AGENCIES SUED OR PROSECUTED

**(a)** A civil action or criminal prosecution commenced in a State court against any of the following

**may be removed** by them to the district court of the United States for the district and division

embracing the place wherein it is pending:

**(1)** The United States or any agency thereof or any officer (or any person acting under that officer) of

the United States or of any agency thereof, sued in an official or individual capacity **for any act**

**under color** of such office or on account of any right, title or authority claimed under any Act of

Congress for the apprehension or punishment of criminals or the collection of the revenue.



**(2)** A property holder whose title is derived from any such officer, where such action or prosecution

affects the validity of any law of the United States.





**(3)**Any officer of the courts of the United States, for any act under color of office or in the performance of his duties;

:ingerid-bereth-elise: [norland]

**:ingerid-bereth-elise: [norland]**





```
┌─────────────────────────────────────┐
│ ———— FILED ———— LODGED               │
│ ———————— RECEIVED                    │
│                                      │
│        MAR 21 2012                   │
│                                      │
│        CLERK U.S. DISTRICT COURT     │
│   WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY                          DEPUTY   │
└─────────────────────────────────────┘
```

district court of the United States
of western district of Washington

:ingerid-bereth-elise: [norland]
[33249] south east 52nd street
fall city near [98024]

mc12-0039

Civil Action No: _____

All others similarly situated as
Plaintiff/Defendant or
Petitioner/Respondent
will be further identified as the
information becomes available
                    Petitioners

Judge: John T. Noonan
J. Clifford Wallace
Barry G. Silverman
or 9th District Circuit
Rider Judge [Only]

Related case 12-2-06856-9 SEA

Vs.

Date: March 19, 2012

Nancy Bradburn-Johnson aka dba
NANCY BRADBURN-JOHNSON/assigns
516 Third Avenue, Room 203
Seattle, WA. 98104
                    Defendant
                    And

TAKE JUDICIAL NOTICE
PETITION TO CORRECT &
AMEND
COURT JURISDICTION
AND VENUE
FRAUD UPON THE COURT

Barbara Minor/assigns aka dba
BARBARA MINOR/ASSIGNS
516 Third Avenue,, room  E609
Seattle, WA. 98104
                    Defendant,
                    and

COUNTY OF KING aka dba
King County Corporation/assigns
516 Third Avenue
Seattle, WA. 98104
                    Defendant
                    And




1

UNITED STATES OF AMERICA dba
UNITED STATES DISTRICT COURT WESTERN WASHINGTON. dba
IN THE SUPERIOR COURT OF THE STATE OF
WASHINGTON FOR THE COUNTY OF KING
516 Third Avenue
Seattle, WA. 98104

             Defendant,
             And

Elizabeth F. Jennings aka dba
ELIZABETH F. JENNINGS/assigns
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
             Defendant
             And

Kelley D. Sutherland aka dba
KELLY D. SUTHERLAND/assign
1499 S. E. Tech Center Place, #255
Vancouver, WA 98683
             Defendant
             And

Charles T. Meyer aka dba
CHARLES T. MEYER/assigns
9970 Research Drive
Irvine, CA 92618
             Defendant
             And

Johnna Miller aka dba
JOHNNA MILLER/assigns
1661 Worthington Road, Suite 100
East Palm Beach, Florida 33409
             Defendant
             And

HSBC BANK USA N.A., AS TRUSTEE ON
BEHALF OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST AND FOR
THE REGISTERED  HOLDERS OF ACE
SECURITIES CORP. HOME EQUITY
LOAN TRUST, SERIES 2007-HE5, ASSET
BACKED PASS-THROUGH CERTIFICATES,
             Defendant,
             And

DEUTSCHE BANK AG and it's
Subsidiary DB HOME LENDING, LLC
             Defendant,
             and

William C. Erbey/assigns aka dba
WILLIAM C. ERBEY/ASSIGNS
PO BOX 24737
East Palm Beach, Florida 33415
             Defendant
             And





2

Ronald M. Farris/assigns aka dba
RONALD M. FARRIS/assigns
PO BOX 24737
East Palm Beach, Florida 33415
> Defendant
> And

Rhonda Wright aka dba
RHONDA WRIGHT/assigns
5501 NE 109th Court #N
VANCOUVER, WASHINGTON 98662
> Defendant
> And

Stuart T. Gulliver aka dba
STUART T. GULLIVER/assigns
One HSBC Center
Buffalo, NY 14203
> Defendant
> and

Irene M. Dorner  aka dba
IRENE M. DORNER/assigns
One HSBC Center
Buffalo, NY 14203
> Defendant
> And

Josef Ackermann aka dba
JOSEF ACKERMANN/assigns
60 Wall Street
New York, NY 10005
> Defendant
> And

R. K. Arnold aka dba
R. K. ARNOLD/assigns
1818 Liberty Street, Suite 300
Reston, Virginia 20190
> Defendant
> And

Hazel Garcia aka dba
HAZEL GARCIA/assigns
600 Winslow Way East, Suite 234
Bainbridge Island, WA 98110
> Defendant
> And

Ed Halderman aka dba
ED HALDERMAN/assigns
8200 Jones Branch Drive
McLean, VA 22102-3110
> Defendant
> And

John Doe Process Server 1 aka dba
JOHN DOE PROCESS SERVER 1
c/o 145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
will be further identified as the information
becomes available




**Defendants**
**And**


**Jane Doe(s) Wive(s) 2-10 aka dba**
**JANE DOE(S) WIVE(S) 2-10**
**Comprising the marital community(s) of**
**Defendant(s)**
will be identified as the information
becomes available
                    **Defendants**
                    **And**

**John Doe(s) Husband(s) 11-17 aka dba**
**JOHN DOE(S) HUSBAND(S) 11-17**
**Comprising the marital community(s) of**
**Defendant(s)**
will be identified as the information
becomes available
                    **Defendants**
                    **And**

**All others similarly situated as**
**Plaintiff/Defendant or**
**Petitioner/Respondent**
will be further identified as the
information becomes available
                    Respondents

_____


TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7402

§ 7402. JURISDICTION OF DISTRICT COURTS

 **(a) To issue orders, processes, and judgments**

The **district courts of the United States** at the instance of the United States shall have such

jurisdiction to make and issue in civil actions, writs and orders of injunction, and of ne exeat

republica, orders appointing receivers, and such other orders and processes, and to render such

judgments and decrees as may be necessary or appropriate for the enforcement of the internal

revenue laws. The remedies hereby provided are in addition to and not exclusive of any and all other

remedies of the United States in such courts or otherwise to enforce such laws.


TITLE 28 > PART IV > CHAPTER 89 > § 1442
§ 1442. FEDERAL OFFICERS OR AGENCIES SUED OR PROSECUTED

**(a)** A civil action or criminal prosecution commenced in a State court against any of the following

may be removed by them to the district court of the United States for the district and division

embracing the place wherein it is pending:

**(1)**The United States or any agency thereof or any officer (or any person acting under that officer) of

the United States or of any agency thereof, sued in an official or individual capacity for any act under

color of such office or on account of any right, title or authority claimed under any Act of Congress

for the apprehension or punishment of criminals or the collection of the revenue.




**(2)**A property holder whose title is derived from any such officer, where such action or prosecution affects the validity of any law of the United States.

**(3)**Any officer of the courts of the United States, for any act under color of office or in the performance of his duties;

**(4)**Any officer of either House of Congress, for any act in the discharge of his official duty under an order of such House.

**(b)**A personal action commenced in any State court by an alien against any citizen of a State who is, or at the time the alleged action accrued was, a civil officer of the United States and is a nonresident of such State, wherein jurisdiction is obtained by the State court by personal service of process, may be removed by the defendant to the district court of the United States for the district and division in which the defendant was served with process.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7403

§ 7403. ACTION TO ENFORCE LIEN OR TO SUBJECT PROPERTY TO PAYMENT OF TAX

 **(a) Filing**

In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegate, at the request of the Secretary, may direct a civil action to be filed in a **district court of the United States** to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which he has any right, title, or interest, to the payment of such tax or liability. For purposes of the preceding sentence, any acceleration of payment under section 6166(g) shall be treated as a neglect to pay tax.

TITLE 28 > PART IV > CHAPTER 85 > § 1331

§ 1331. FEDERAL QUESTION

**The district courts** shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States

TITLE 28 > PART IV > CHAPTER 85 > § 1340

§ 1340. INTERNAL REVENUE; CUSTOMS DUTIES

**The district courts** shall have original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue, or revenue from imports or tonnage except matters within the jurisdiction of the Court of International Trade.

TITLE 28 > PART IV > CHAPTER 85 > § 1345

§ 1345. UNITED STATES AS PLAINTIFF

Except as otherwise provided by Act of Congress, the **district courts** shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, or by any agency or officer thereof expressly authorized to sue by Act of Congress.

Now, Comes the Petitioners /Administrators, whether Plaintiffs/Defendants or

Petitioners/Respondents and all others similarly situated, :ingerid-bereth-elise: [norland] and




:maria-janet: , with this amendment to correct the jurisdiction of all Courts to be placed upon the

clerk of courts TAKE JUDICIAL NOTICE OF THIS PETITION TO CORRECT & TO AMEND

COURT JURISDICTIONS AND VENUES AND FRAUD UPON THE COURT. It has recently

come the attention of these Petitioners this UNITED STATES DISTRICT COURT (including but not

limited to) IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE

COUNTY OF KING AND ALL COURTS is the wrong jurisdiction and venue for any case to have

been placed in .

The Petitioners will point out the following Five Courts as listed in the federal Statutes.

First Court;

TITLE 18 > PART I > CHAPTER 1 > § 23.1
§ 23.1 COURT OF THE UNITED STATES DEFINED
As used in this title, except where otherwise expressly provided [2] the term "**court of the United**
**States**" includes the District Court of Guam, the District Court for the Northern Mariana Islands, and
the District Court of the Virgin Islands.
Second Court;

TITLE 26 > Subtitle F > CHAPTER 78 > Subchapter A > § 7604
§ 7604. ENFORCEMENT OF SUMMONS
 **(a) Jurisdiction of district court**
If any person is summoned under the internal revenue laws to appear, to testify, or to produce books,
papers, records, or other data, the **United States district court** for the district in which such person
resides or is found shall have jurisdiction by appropriate process to compel such attendance,
testimony, or production of books, papers, records, or other data.
Third Court;

TITLE 28 > PART IV > CHAPTER 87 > § 1391
§ 1391. VENUE GENERALLY
**(f)**A civil action against a foreign state as defined in section 1603(a) of this title may be brought—
**(1)**in any judicial district in which a substantial part of the events or omissions giving rise to the
claim occurred, or a substantial part of property that is the subject of the action is situated;
**(2)**in any judicial district in which the vessel or cargo of a foreign state is situated, if the claim is
asserted under section 1605(b) of this title;
**(3)**in any judicial district in which the agency or instrumentality is licensed to do business or is doing
business, if the action is brought against an agency or instrumentality of a foreign state as defined in
section 1603(b) of this title; or
**(4)**in the **United States District Court for the District of Columbia** if the action is brought against
a foreign state or political subdivision thereof.

Fourth Court ;
US Code - Title 28: Judiciary and Judicial Procedure
28 USC 610 - Sec. 610. Courts defined




6

As used in this chapter the word "courts" **includes** the courts of appeals and **district courts of the United States,** the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.

Fifth Court;

TITLE 28 > PART IV > CHAPTER 85 > § 1334
§ 1334. BANKRUPTCY CASES AND PROCEEDINGS
**(a)** Except as provided in subsection (b) of this section, the **district courts** shall have original and exclusive jurisdiction of all cases under title 11.
**(b)** Except as provided in subsection (e)(2), and notwithstanding any Act of Congress that confers exclusive jurisdiction on a court or courts other than the **district courts,** the **district courts** shall have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11.

Now the Petitioners have recently discovered and will point out in each of the federal statutes the fact, that the ways in which the Court's names are spelled, **spells out the jurisdiction of the courts**. Under Title 28 1391 this COURT under the heading of THE UNITED STATES DISTRICT COURT falls under chapter 97 JURISDICTIONAL IMMUNITIES OF FOREIGN STATES as a Foreign State Court. This information was not disclosed by any Attorney, clerk or Judge.  These Actions were to cause confusion and Fraud upon the Court and to cause **willful injuries** to the Petitioners.

1. Under such actions the Respondent/Defendants and all others similarly situated under all mandates through any attorney have never properly served the Petitioners/ Administrators whether Plaintiffs/Defendants or Petitioners/Respondents and all others similarly situated with any response/answer  per Fed. R. Civ. P.  under Rule 4 (j).

2. In this case only the Petitioners under such foreign jurisdiction have immunities under IOIA OF 1945  HR 4489 P.L.291 59 STAT 669. This is an Act of Congress defined under § 1331

3.  In this case only the Petitioners hold immunities under 49 stat 3097 treaties series 881 Rights and Duties of the States. This is an Act of Congress defined under § 1331

4. In this case only the Petitioners also hold immunities under the 11th amendment of the U.S. Constitution which was also an Act of Congress and under the U.S. Constitution defined under § 1331

5.  In this case only the Petitioner :ingerid-bereth-elise: [norland] holds immunities under (including but not limited to: ) fraud upon the court by Respondent/Defendants and all others similarly situated here unto eternity. These are Acts of Congress defined under § 1331




6. 28 USC 610 clearly shows the **district court of the United States** is the correct jurisdiction and venue as a Article III court to hear these Petitioners grievances under the bankruptcy of the united States for which is the issue before this court . The creditors are aware of the 1933 bankruptcy and in title 12 chapter 2 section 95, 95a, and 95b, a declared state of emergency has been declared by the President of the united States of America.

## PUBLIC LAW

16. P.L. 1 48 stat C 1 To provide relief in the existing national emergency in banking, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application.

## CONCLUSION

These Petitioners now ask the district court of the United States to vacate all non-consented-agreed-to

orders from IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE

COUNTY OF KING and UNITED STATES DISTRICT COURT and all others similarly situated

with prejudice in favor of the Petitioners and place a permanent district court injunction on the

defendant/s/ whether Plaintiffs/Defendants or Petitioners/ Respondents and all others similarly

situated, here unto eternity, from hassling these Petitioners whether Plaintiffs/Defendants or

Petitioners/Respondents, and all others similarly situated.

:ingerid-bereth-elise: [norland]




## PROOF OF SERVICE

Now. Comes the Petitioners/Administrators :ingerid-bereth-elise: [norland]  to place upon the clerk of courts  for the district court of the United States  district for Color,  this filing to be placed in a court of record TAKE JUDICIAL NOTICE PETITION TO CORRECT &  TO AMEND COURT'S JURISDICTION AND VENUE FRAUD UPON THE COURT on this day _____ month of March in the year of our Lord 2012 AD

*:i M gevi &- beveth-e /iso:*
*[h or land]*

cc.  STUART T. GULLIVAR
JOSEF ACKERMANN
WILLIAM C. ERBEY
RHONDA WRIGHT
IRENE M. DOMER
RONALD M. FARRIS
R. K. ARNOLD
HAZEL GARCIA
ED HALDERMAN
by and through:
NANCY BRADBURN-JOHNSON
ELIZABETH F. JENNINGS
KELLY D. SUTHERLAND
CHARLES T. MEYER
JOHNNA MILLER









FILED _____ LODGED
_____ RECEIVED

MAR 21 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

district court of the United States
of the western district of Washington

:ingerid-bereth-elise: [norland]
[33249] south east 52nd street
fall city near [98024]

Civil Action No: _____
mc12-0039

All others similarly situated as
Plaintiff/Defendant or
Petitioner/Respondent
will be further identified as the
information becomes available
           **Petitioners**

Judge: John T. Noonan
J. Clifford Wallace
Barry G. Silverman
or 9th District Circuit
Rider Judge [Only]

Date: March 19, 2012

Related case 12-2-06856-9 SEA

    VS

Nancy Bradburn-Johnson aka dba
NANCY BRADBURN-JOHNSON/assigns
516 Third Avenue, Room 203
Seattle, WA. 98104
          **Defendant**
          **And**

AT MOTION of ENTRY -
APPEARANCE, :maria-janet:,
PRIVATE ATTORNEY GENERAL/
ADMINISTRATOR Beside :ingerid-
bereth-elise: [norland]

Barbara Minor/assigns aka dba
BARBARA MINOR/ASSIGNS
516 Third Avenue,, room  E609
Seattle, WA. 98104
          **Defendant,**
          **and**

**JURY DEMAND HEREIN**

COUNTY OF KING aka dba
King County Corporation/assigns
516 Third Avenue
Seattle, WA. 98104
          **Defendant**
          **And**



1

UNITED STATES OF AMERICA dba
UNITED STATES DISTRICT COURT WESTERN WASHINGTON. dba
IN THE SUPERIOR COURT OF THE STATE OF
WASHINGTON FOR THE COUNTY OF KING
516 Third Avenue
Seattle, WA. 98104
    Defendant,
    And


Elizabeth F. Jennings aka dba
ELIZABETH F. JENNINGS/assigns
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
    Defendant
    And


Kelley D. Sutherland aka dba
KELLY D. SUTHERLAND/assign
1499 S. E. Tech Center Place, #255
Vancouver, WA 98683
    Defendant
    And


Charles T. Meyer aka dba
CHARLES T. MEYER/assigns
9970 Research Drive
Irvine, CA 92618
    Defendant
    And


Johnna Miller aka dba
JOHNNA MILLER/assigns
1661 Worthington Road, Suite 100
East Palm Beach, Florida 33409
    Defendant
    And


HSBC BANK USA N.A., AS TRUSTEE ON
BEHALF OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST AND FOR
THE REGISTERED  HOLDERS OF ACE
SECURITIES CORP. HOME EQUITY
LOAN TRUST, SERIES 2007-HE5, ASSET
BACKED PASS-THROUGH CERTIFICATES,
    Defendant,
    And


DEUTSCHE BANK AG and it's
Subsidiary DB HOME LENDING, LLC
    Defendant,
    and


William C. Erbey/assigns aka dba
WILLIAM C. ERBEY/ASSIGNS
PO BOX 24737
East Palm Beach, Florida 33415
    Defendant
    And

2

Ronald M. Farris/assigns aka dba
RONALD M. FARRIS/assigns
PO BOX 24737
East Palm Beach, Florida 33415
                    Defendant
                    And

Rhonda Wright aka dba
RHONDA WRIGHT/assigns
5501 NE 109th Court #N
VANCOUVER, WASHINGTON 98662
                    Defendant
                    And

Stuart T. Gulliver aka dba
STUART T. GULLIVER/assigns
One HSBC Center
Buffalo, NY 14203
                    Defendant
                    and

Irene M. Dorner  aka dba
IRENE M. DORNER/assigns
One HSBC Center
Buffalo, NY 14203
                    Defendant
                    And

Josef Ackermann aka dba
JOSEF ACKERMANN/assigns
60 Wall Street
New York, NY 10005
                    Defendant
                    And

R. K. Arnold aka dba
R. K. ARNOLD/assigns
1818 Liberty Street, Suite 300
Reston, Virginia 20190
                    Defendant
                    And

Hazel Garcia aka dba
HAZEL GARCIA/assigns
600 Winslow Way East, Suite 234
Bainbridge Island, WA 98110
                    Defendant
                    And

Ed Halderman aka dba
ED HALDERMAN/assigns
8200 Jones Branch Drive
McLean, VA 22102-3110
                    Defendant
                    And

John Doe Process Server 1 aka dba
JOHN DOE PROCESS SERVER 1
c/o 145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
will be further identified as the information
becomes available




Defendants<br>And

**Jane Doe(s) Wive(s) 2-10 aka dba<br>
JANE DOE(S) WIVE(S) 1-10<br>
Comprising the marital community(s) of<br>
Defendant(s)**<br>
will be further identified as the<br>
information becomes available

Defendants<br>And

**John Doe(s) Husband(s) 11-17 aka dba<br>
JOHN DOE(S) HUSBAND(S) 11-17<br>
Comprising the marital community(s) of<br>
Defendant(s)**<br>
will be further identified as the<br>
information becomes available

Defendants<br>And

**All others similarly situated as<br>
Plaintiff/Defendant or<br>
Petitioner/Respondent**<br>
will be further identified as the<br>
information becomes available

Defendants

---

Comes now Administrator :maria-janet:, AT MOTION of ENTRY – APPEARANCE, :maria-janet:, PRIVATE ATTORNEY GENERAL/ ADMINISTRATOR Beside :ingerid-bereth-elise: [norland]

The ADMINISTRATOR, ;ingerid-bereth-elise: [norland;, Private Attorney General, hereinafter "PAG", will set forth the following authorities and issues Beside : :ingerid-bereth-elise: [norland]

1. It was a Congressional Act of 1789 that has created the inferior courts and the Attorney General's Office  (Judiciary Act 1789).

2.  Thirty-Ninth Congress Sess. I Ch 31 1866 Chap XXXL-An Act to protect all Persons in the United States in their Civil Rights, and Furnish the Means of their Vindication.

3.  Public Law 96-170 Dec 29 1979 93 stat 1284

   United States Statutes at Large Volume 93.djvu/1316 93 STAT. 1284

   PUBLIC LAW 96-170—DEC. 29, 1979  Public Law 96-170 96th Congress
   An Act Dec. 29, 1979  H.R. 3343 Civil rights in the District of Columbia.  Suits for violation, permit. Effective date. 28 USC 1343 note.

To permit civil suits under section 1979 of the Revised Statutes (42 U.S.C. 1983) against any person acting under color of any law or custom of the District of Columbia who subjects any person within



4



the jurisdiction of the District of Columbia to the deprivation of any right, privilege, or immunity secured by the Constitution and laws.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That section 1979 of the Revised Statutes of the United States (42 U.S.C. 1983) is amended— (1) by inserting "or the District of Columbia" after "any State or Territory"; and (2) by adding at the end thereof the following new sentence: "For the purposes of this section, an Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.". SEC. 2. Section 1343 of title 28, United States Code, is amended— (1) by inserting "(a)" before "The district courts; and (2) by adding at the end thereof the following new subsection: "(b) For purposes of this section— "(1) the District of Columbia shall be considered to be a State; and "(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.". SEC. 3. The amendments made by this Act shall apply with respect to any deprivation of rights, privileges, or immunities secured by the Constitution and laws occurring after the date of the enactment of this Act. Approved December 29, 1979.

4. We will point out to the district court that a congressional enactment in the same manor that created the inferior Courts of the United States and the Attorney General office, like- wise created the position for Private Attorney General for the People to bring such a suit or enter into a suit. The judiciary Act of 1789 created the inferior Court below the United States supreme Court that is listed in the U.S. Constitution under Article III section 1. When this Congressional Act created the Courts it also created the Attorney General found in the United States Attorney Manual under 3.2-110 history .

5. The congressional enactment is found under Thirty-Ninth Congress Sess. I Ch 31 1866 Chap XXXL-An Act to protect all Persons in the United States in their Civil Rights, and Furnish the Means of their Vindication and Public Law 96-170 Dec 29 1979 93 stat 1284 United States Statutes at Large Volume 93.djvu/1316 93 STAT. 1284 PUBLIC LAW 96-170—DEC. 29, 1979 Public Law 96-170 96th Congress An Act Dec. 29, 1979 H.R. 3343 Civil rights in the District of Columbia. Suits for violation, permit. Effective date. 28 USC 1343 note. By this Congressional Act I Stand as an "Equal " to any Executive Office, Department, Court or Public Law created by Congress as Congress was created by the will of We the People of this United States of America.

6. Washington Court Rules   RULE 17
PARTIES PLAINTIFF AND DEFENDANT; CAPACITY

(-) Designation of Parties. The party commencing the action shall be known as the plaintiff, and the opposite party as the defendant.

(a) Real Party in Interest. Every action shall be prosecuted in the name of the real party in interest. An executor, administrator, guardian, bailee, trustee of an express trust, a party with whom or in whose name a contract has been made for the benefit of another, or a

5

party authorized by statute may sue in his own name without joining with him the party for whose benefit the action is brought. No action shall be dismissed on the ground that it is not prosecuted in the name of the real party in interest until a reasonable time has been allowed after objection for ratification of commencement of the action by, or joinder or substitution of, the real party in interest; and such ratification, joinder, or substitution shall have the same effect as if the action had been commenced in the name of the real party in interest.

(b) Capacity To Sue or Be Sued. (Reserved.)

(c) Infants, or Incompetent Persons.

(1) Scope. Generally this rule does not affect statutes and rules concerning the capacity of infants and incompetents to sue or be sued.

(2) Guardian ad Litem for Infant. (Reserved. See RCW 4.08.050.)

(3) Guardian ad Litem for Incompetents. (Reserved. See RCW 4.08.060.)

(d) Actions on Assigned Choses in Action. (Reserved. See RCW 4.08.080.)

(e) Public Corporations.

(1) Actions by. (Reserved. See RCW 4.08.110.)

(2) Actions Against. (Reserved. See RCW 4.08.120.)

(f) Tort Actions Against State. (Reserved. See RCW 4.92.)


7.  CFR Title 29: Labor
PART 2200—RULES OF PROCEDURE
Subpart B—Parties and Representatives


§ 2200.23   Appearances and withdrawals.

(a) *Entry of appearance* —(1) *General.* A representative of a party or intervenor shall enter an appearance by signing the first document filed on behalf of the party or intervenor in accordance with paragraph (a)(2) of this section, or thereafter by filing an entry of appearance in accordance with paragraph (a)(3) of this section.


: maria-janet,

:maria-janet:
Private Attorney General
P.O. Box 4036
Bremerton near  [98312]
360-471-6498



### Proof of Service

Comes now, ADMINISTRATOR, :maria-janet: upon Clerk of Court, district court of the United States, western district Washington.  In the general court of justice 1717 Pacific Avenue, Tacoma, Washington 98402,  AT MOTION of  ENTRY – APPEARANCE, :maria-janet:, PRIVATE ATTORNEY GENERAL/ ADMINISTRATOR Beside :ingerid-bereth-elise: [norland]

:maria-janet:
Private Attorney General
P.O. Box 4036
Bremerton near  [98312]
360-471-6498

CC:

**Judge: John T. Noonan**
**J. Clifford Wallace**
**Barry G. Silverman**
**or 9th District Circuit**
**Rider Judge [Only]**
1717 Pacific Avenue
Tacoma, Washington 98402



7